UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RYAN TARASUIK,

Plaintiff,

v.

CHRISTOPHER DESIMONE,

Defendant.

Case No.: 22-cv-10377

(Pending Appeal: 25-cv-02028)

PLAINTIFF'S MOTION TO VACATE RETALIATORY SALE OF PROPERTY AND FOR INJUNCTIVE RELIEF PENDING APPEAL

Now comes the Plaintiff, Ryan Tarasuik, proceeding pro se, and respectfully moves this Honorable Court pursuant to Fed. R. Civ. P. 62(d) and the court's inherent equitable powers to VACATE the retaliatory sale of the property located at 162 Washington Street, Lynn, MA 01902, and to grant INJUNCTIVE RELIEF staying any further transfer or dispossession of the property pending the final resolution of the appeal currently before the United States Court of Appeals for the First Circuit (Case No. 25-cv-02028).

I. BACKGROUND

This action involves claims under the Fair Housing Act (FHA) regarding failures to accommodate and retaliatory actions by the Defendant.

On January 17, 2025, the Massachusetts Appeals Court reversed a prior eviction judgment in favor of the Plaintiff, recognizing the merits of the retaliation defense.

Despite the ongoing federal appeal regarding unauthenticated evidence (text messages) in case 22-cv-10377, the Defendant proceeded with a sale of the subject property on February 18, 2026.

This sale constitutes a direct retaliatory act intended to circumvent the January 17, 2025 reversal and render the federal civil rights claims moot.

II. ARGUMENT FOR INJUNCTIVE RELIEF

To obtain an injunction pending appeal, the Plaintiff must demonstrate:

Irreparable Harm: The sale of the property and subsequent eviction would result in the loss of a unique real estate interest and housing, which cannot be adequately compensated by money damages.

*[Handwritten annotation: "3/9/26 Denied. Patti B. Saris"]*